JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-4454 JGB (SPx) | Date | June 11, 2025 |
|---|---|---|---|
| Title | *Allen Hammler v. MTS Medication Technologies, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On May 5, 2025, incarcerated pro se plaintiff Allen Hammler ("Plaintiff") filed a complaint against defendants MTS Medication Technologies, Aurobindo Pharma USA, Inc., Zydus Pharmaceuticals USA, Inc., J. Macomber, Dotson, Martinez, Gonzales, Allen, Matias, Pye, C. Morales, L. Gonzalez, Castillo, Leanna Lundy (collectively, "Defendants"), and Does 1-10. ("Complaint," Dkt. No. 1.)

On May 16, 2025, Plaintiff was alerted to a discrepancy with the filing of his complaint. ("Notice," Dkt. No. 2.) The Notice explained that Plaintiff failed to prepay the $402 in filing and administrative fees required to commence this civil action or file a properly supported Request to Proceed Without Prepayment of Filing Fees pursuant to 28 U.S.C § 1915(a) ("IFP Request"). (Id.) The Notice warned Plaintiff to pay the full filing fee or file an IFP Request within thirty days and that failure to do so will result in **dismissal of his Complaint.** (Id.)

To date, Plaintiff has failed to pay the filing fee or file an IFP Request. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**